# FINANCIAL DISCLOSURE REPORT
# FOR CALENDAR YEAR 2020

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| | | |
|---|---|---|
| **1. Person Reporting** (last name, first, middle initial)<br><br>Hagan, Martha R. | **2. Court or Organization**<br><br>U.S. Bankruptcy Court (WD TN) | **3. Date of Report**<br><br>11/02/2021 |
| **4. Title** (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. Bankruptcy Judge | **5a. Report Type** (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>**5b.** ☑ Amended Report | **6. Reporting Period**<br><br>01/01/2020<br>**to**<br>12/31/2020 |

**7. Chambers or Office Address**

United States Bankruptcy Court
200 Jefferson Ave, Ste 675
Memphis, TN 38103

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Trust #1 (No reportable assets for Part VII or income for Part III-A) |
| 2. | Officer, Owner, Member | WHT Holdings, LLC |
| 3. | Director, Officer | Memphis Bar Association |
| 4. | Director | Mid-South Commercial Law Institute (resigned prior to appointment in October 2020) |
| 5. | Director, Officer | High Point Terrace Community Development Corporation (resigned prior to appointment in September 2020) |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hagan, Martha R. | 11/02/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. 2020 | Baker Donelson (Salary thru October 15-i.e. prior to appointment) | $110,826.89 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2020 | Revid Investments (1099 Income) |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hagan, Martha R. | 11/02/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Bank of New York Mellon (BONY) | Mortgage on Rental Property #1, Springdale, AR | L |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Hagan, Martha R.** | 11/02/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Cash Account-First Horizon | A | Interest | L | T | | | | | |
| 2. Cash Account-Renasant Bank (Acct #1) | A | Interest | K | T | | | | | |
| 3. Cash Account-Renasant Bank (Acct #2) | A | Interest | K | T | | | | | |
| 4. CD-Centennial Bank | A | Interest | J | T | | | | | |
| 5. State Farm Whole Life Insurance | A | Int./Div. | J | T | | | | | |
| 6. Rental Property #1, Springdale, AR | D | Rent | M | W | | | | | |
| 7. 1/3 Interest in Promissory Note Receivable from Smith & Taylor | D | Interest | N | T | | | | | |
| 8. Midland National Whole Life Insurance | | None | M | T | | | | | |
| 9. Mineral Interest, Carter County, OK | A | Royalty | J | W | | | | | |
| 10. Mineral Interest, Atascosa County, TX | A | Royalty | J | W | | | | | |
| 11. Mineral Interest, Ector County, TX | C | Royalty | J | W | | | | | |
| 12. Mineral Interest, Guadalupe County, TX | A | Royalty | J | W | | | | | |
| 13. Mineral Interest, Live Oak County, TX | A | Royalty | J | W | | | | | |
| 14. Mineral Interest , San Patricio County, TX | A | Royalty | J | W | | | | | |
| 15. Mineral Interest, Lea County, NM | D | Royalty | J | W | | | | | |
| 16. WHT Holdings LLC | D | Distribution | J | U | | | | | |
| 17. 1/3 Interest in WHT Holdings LLC #1 (H) | | | | | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Hagan, Martha R.** | 11/02/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Cash Account-Regions Bank (Receivable Rents for LLC) | A | Interest | K | T | | | | | |
| 19. -Rental Property #2, Fayetteville, AR | E | Rent | O | W | | | | | |
| 20. -Rental Property #3, Fayetteville, AR | D | Rent | M | W | | | | | |
| 21. -Rental Property #4, Springdale, AR | D | Rent | M | W | | | | | |
| 22. -Rental Property #5, Memphis, TN | E | Rent | M | W | | | | | |
| 23. 1/3 Interest in Boulders Management LLC | | None | L | U | | | | | |
| 24. 1/3 Interest in Layman Family LP (H) | | | | | | | | | |
| 25. -Rental Property #6, Lynnville, TN | A | Rent | M | W | | | | | |
| 26. Raymond James IRA #1 (H) | | | | | | | | | |
| 27. -Cash Deposit | A | Interest | J | T | | | | | |
| 28. -Apple Inc (AAPL) | A | Dividend | J | T | | | | | |
| 29. -Discover Finl Svcs (DFS) | A | Dividend | J | T | | | | | |
| 30. -Exxon Mobil Corporation (XOM) | A | Dividend | J | T | | | | | |
| 31. -MFS Core Equity Fund Class I (MRGRX) | A | Dividend | J | T | | | | | |
| 32. -PGIM Ultra Short Bond (PULS) | A | Dividend | K | T | | | | | |
| 33. -Touchstone Sands Capital Emerg Markets Growth Fd (TSEMX) | A | Dividend | J | T | | | | | |
| 34. -Touchstone Mid Cap Fund (TMCPX) | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Hagan, Martha R.** | 11/02/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35.  -Vanguard Short Term Investment Grade FD Admiral Shares N/L (VFSUX) | A | Dividend | K | T | | | | | |
| 36.  -First Trust Small Cap Core (FYX) | A | Dividend | K | T | | | | | |
| 37.  -First Trust Dorsey Wright Focus (FV) | A | Dividend | J | T | | | | | |
| 38.  -First Trust Preferred Securities and Income (FPE) | A | Dividend | K | T | | | | | |
| 39.  -Ishares Tr Conv Bd (ICVT) | A | Dividend | K | T | | | | | |
| 40.  Raymond James IRA #2 (H) | | | | | | | | | |
| 41.  -Cash Deposit | A | Interest | J | T | | | | | |
| 42.  -CBRE Clarion Global Real Estate (IGR) | A | Dividend | J | T | | | | | |
| 43.  Raymond James #3 -Cash-Equivalent Account | A | Interest | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hagan, Martha R. | 11/02/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Although I am trustee of Trust #1, I receive no income nor do I have a beneficial interest in the principle or income from the trust.  Therefore, there are no reportable assets.

Part VII, Item 7: Promissory Note is related to probate estate and sale of decedent's corporation to Smith & Taylor (Person Reporting holds 1/3 interest in promissory note receivable as beneficiary of probate estate and receives principle payments and interest per terms of promissory note).

| Name of Person Reporting | Date of Report |
|---|---|
| Hagan, Martha R. | 11/02/2021 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Martha R. Hagan**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544